Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ME2 Productions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John and Jane Doe 1-32, <br><br> Defendants. | Case No. CV-16-04039-PHX-DJH <br><br> **NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS** |

Pursuant to the Court's Order dated April 18, 2017 (Dkt.#30), Plaintiff provides notice of dismissal of the following defendants Doe Defendant #21, IP address, 184.176.88.201 in case no. 2:16-cv-04039; Doe Defendant #11, IP address 68.2.99.173 in case no. 2:16-cv-04075; and Doe Defendant #23, IP address 184.176.85.251 in case no. 2:16-cv-04112. No answer has been filed by these defendants. Accordingly, dismissal is appropriate under Rule 41(a).

//

//

//

RESPECTFULLY SUBMITTED this 16th of June, 2017.

KERCSMAR & FELTUS PLLC

By *s/Gregory Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 16, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record in this matter.

I also certify that on the same day, I mailed a copy of the foregoing document to the following:

Steven C. Vondran
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
2415 E. Camelback Rd, Suite 700
Phoenix, Arizona 85016
*Attorney for Defendant #21, IP address, 184.176.88.201and*
*Doe Defendant #11, IP address 68.2.99.173*

Myles A. Schneider,
MYLES A. SCHNEIDER & ASSOCIATES, LTD
14001 N. 7th Street
Suite C106
Phoenix, AZ 85022
*Attorneys for Defendant #23, IP address 184.176.85.251*

Michael McCurrey
17600 North 79th Avenue, Apt. 104
Glendale, Arizona 85308

*s/Brandi Bies*